IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROL SCHEIBNER                                                                      PLAINTIFF

v.                            No. 4:24-cv-916-DPM

CODY CHILDS;   SETH WAKEFIELD;   and
JAMES KLEISNER, Each Individually and in
His Official Capacity as an Officer for the
City of Bryant;   and THE CITY OF BRYANT,                            DEFENDANTS
ARKANSAS

ORDER

  Motion to withdraw, *Doc. 11*, granted for good cause. Caleb Baumgardner, Lucien Gillham, Luther Sutter, and the Sutter & Gillham law firm are relieved as counsel for Scheibner. Scheibner will be *pro se*.   The Court directs the Clerk's Office to update the docket and include Scheibner's contact information.   *Doc. 11 at 2*.

  Based on the motion, it appears Scheibner may no longer wish to pursue her lawsuit.  The Court therefore orders Scheibner to advise the Court about her intentions.   If she fails to respond to this Order by 10 November 2025, the Court will dismiss this case without prejudice for failure to prosecute.   LOCAL RULE 5.5(C)(2).

  The Court directs the Clerk's office to mail a copy of this Order to Scheibner.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2025

-2-