IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROL SCHEIBNER                                 PLAINTIFF

v.                     No. 4:24-cv-916-DPM

CODY CHILDS; SETH WAKEFIELD; and
JAMES KLEISER, Each Individually and in
His Official Capacity as an Officer for the
City of Bryant; and THE CITY OF BRYANT,      DEFENDANTS
ARKANSAS

### ORDER

The Court directed Scheibner to let it know if she wishes to pursue her lawsuit. *Doc. 12*. She didn't respond; and the time to do so has passed. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

                                      _/s/ D.P. Marshall Jr._
                                      D.P. Marshall Jr.
                                      United States District Judge

                                      12 November 2025