IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROL SCHEIBNER                                                PLAINTIFF

v.                          No. 4:24-cv-916-DPM

CODY CHILDS;  SETH WAKEFIELD;  and
JAMES KLEISER, Each Individually and in
His Official Capacity as an Officer for the
City of Bryant;  and THE CITY OF BRYANT,        DEFENDANTS
ARKANSAS

## JUDGMENT

Scheibner's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 November 2025